1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JACO VAN MAANEN,                          ) Case No. 1:10-CV-00493 AWI JLT
                                                )
12              Plaintiff,                      )
                                                )
13        vs.                                   ) **ORDER GRANTING STIPULATION TO**
                                                ) **CONTINUE SCHEDULING**
14   YOUTH WITH A MISSION-BISHOP; YOUTH         ) **CONFERENCE**
     WITH A MISSION INTERNATIONAL, INC.         )
15   d/b/a YWAM-OFFICE OF THE FOUNDERS;         )
     UNIVERSITY OF THE NATIONS, INC. d/b/a      ) **(DOC. 23)**
16   YWAM-UNIVERSITY OF THE NATIONS, and        )
     DOES 1-10,                                 )
17                                              )
                Defendants.                     )
18   _____        )

19

20         Before the Court, is the stipulation of Plaintiff and defendant, Youth With A Mission-

21   Bishop ("Bishop"), to continue the Scheduling Conference that is currently scheduled for July 7,

22   2010.  The stipulation indicates that Plaintiff has not served the other two named defendants due to

23   his ongoing settlement discussions with them.  Apparently, these discussions have now failed and

24   Plaintiff is actively seeking to serve these remaining defendants.  In the stipulation, Plaintiff asserts

25   that service will be achieved by June 25, 2010  As a result of the failure of all parties to appear in

26   the case and due to a scheduled vacation for counsel for Bishop, the parties request that the

27   Scheduling Conference be continued.

28

1    Counsel for Plaintiff is reminded that the Order Setting Mandatory Scheduling Conference

2    reads,

3    The Court is unable to conduct a scheduling conference until defendants have been
     served with the summons and complaint. Accordingly, plaintiff(s) shall diligently
     pursue service of summons and complaint and dismiss those defendants against

4    whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of
     service of the summons and complaint so the Court has a record of service. Counsel

5    are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the
     complaint. Failure to timely serve summons and complaint may result in the

6    imposition of sanctions, including the dismissal of unserved defendants.

7    (Doc 9 at 1-2)  Based upon Plaintiff's failure to serve the remaining defendants, the Court will not

8    be able to have a meaningful scheduling conference on July 7, 2010. Thus, the Court has little

9    option but to continue the conference to a later date.

10    Based thereon, the Court **ORDERS** that the Scheduling Conference, currently scheduled

11   for July 7, 2010 will be reset on August 26, 2010, at 9 a.m.

12

13   IT IS SO ORDERED.

14    Dated:   **June 23, 2010**                    **/s/ Jennifer L. Thurston**

15                                                  UNITED STATES MAGISTRATE JUDGE

16