IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACO VAN MAANEN,<br><br>           Plaintiff,<br><br>    v.<br><br>YOUTH WITH A MISSION-BISHOP;<br>YOUTH WITH A MISSION<br>INTERNATIONAL, INC. d/b/a YWAM-<br>OFFICE OF THE FOUNDERS;<br>UNIVERSITY OF THE NATIONS, INC.<br>d/b/a YWAM-UNIVERSITY OF THE<br>NATIONS, and DOES 1-10,<br><br>           Defendants. | 1:10-CV-00493 AWI-JLT<br><br>ORDER VACATING<br>DECEMBER 12, 2011<br>HEARING AND TAKING<br>MATTERS UNDER<br>SUBMISSION<br><br>(Doc Nos. 78, 132) |

   Currently set for hearing on December 12, 2011, are Defendant University of the Nations, Inc.'s Motion for Summary Judgment and Plaintiff's Motion to Strike Declaration of Thomas Bloomer. See Court's Docket, Doc. Nos. 78, 132. The court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument. See Local Rule 78-230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2011, is VACATED, and the parties shall not appear at that time. As of December 12, 2011, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 6, 2011                                       _____
                                                                CHIEF UNITED STATES DISTRICT JUDGE