**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JACO VAN MAANEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**YOUTH WITH A MISSION-BISHOP; YOUTH WITH A MISSION INTERNATIONAL, INC. d/b/a YWAM-OFFICE OF THE FOUNDERS; UNIVERSITY OF THE NATIONS, INC. d/b/a YWAM-UNIVERSITY OF THE NATIONS, and DOES 1-10,**<br><br>**Defendants.** | **1:10-CV-00493 AWI-JLT**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING YOUTH WITH A MISSION-BISHOP'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>(Doc Nos. 102, 65) |

Defendant Youth With a Mission- Bishop filed a Motion for Determination of Good Faith Settlement on October 20, 2011. See Court's Docket, Doc. No. 65.

On November 28, 2011, the Magistrate Judge issued Findings and Recommendations that the motion be GRANTED. See id., Doc. No. 102. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen (14) days of service. More than fourteen (14) days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the motion. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated November 28, 2011, are ADOPTED

IN FULL;

2. Defendant Youth With a Mission- Bishop's motion for the determination of good faith settlement is GRANTED;

3. Any and all claims for equitable comparative contribution, and partial and complete comparative indemnity, based on comparative negligence or comparative fault, which may be brought by Defendants Youth With a Mission-Ahualani, formerly known as Youth With a Mission-International, Inc.; and University of the Nations, Inc. d/b/a YWAM-University of the Nations are forever barred pursuant to California Code of Civil Procedure § 877.6(c).

IT IS SO ORDERED.

Dated: December 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE