IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACO VAN MAANEN,<br><br>                Plaintiff,<br><br>    v.<br><br>YOUTH WITH A MISSION-BISHOP;<br>YOUTH WITH A MISSION<br>INTERNATIONAL, INC. d/b/a YWAM-<br>OFFICE OF THE FOUNDERS;<br>UNIVERSITY OF THE NATIONS, INC.<br>d/b/a YWAM-UNIVERSITY OF THE<br>NATIONS, and DOES 1-10,<br><br>                Defendants. | 1:10-CV-00493 AWI-JLT<br><br>ORDER VACATING<br>JANUARY 9, 2012 HEARING<br>AND TAKING MATTER<br>UNDER SUBMISSION<br><br>(Doc No. 135) |

    Currently set for hearing on January 9, 2012, is Plaintiff's Motion for Reconsideration by the District Court of Magistrate Judge's Ruling. See Court's Docket, Doc. No. 135. Defendant University of the Nations, Inc., filed an opposition to the motion. Plaintiff was required to file any reply by January 3, 2012. Plaintiff has not done so. The court has reviewed the moving papers and the applicable law, and has determined that the matter is suitable for decision without oral argument. See Local Rule 78-230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 9, 2012, is VACATED, and the parties shall not appear at that time. As of January 9, 2012, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 4, 2012                                   _____
                                                                CHIEF UNITED STATES DISTRICT JUDGE