IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACO VAN MAANEN,<br><br>            Plaintiff,<br><br>   v.<br><br>YOUTH WITH A MISSION-BISHOP; YOUTH WITH A MISSION INTERNATIONAL, INC. d/b/a YWAM-OFFICE OF THE FOUNDERS; UNIVERSITY OF THE NATIONS, INC. d/b/a YWAM-UNIVERSITY OF THE NATIONS, and DOES 1-10,<br><br>            Defendants. | 1:10-CV-00493 AWI-JLT<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>(Doc No. 135) |

      On December 5, 2011, Plaintiff filed a motion for reconsideration of the Magistrate Judge's Order Denying Plaintiff's Motion to Strike Defendant University of the Nations' Disclosed Expert Opinion.  <u>See</u> Court's Docket, Doc. No. 135.  On February 14, 2012, the Court granted summary judgment in favor of Defendant University of the Nations, Inc.  <u>See</u> <u>id.</u> at Doc. No. 152.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   February 14, 2012                                         _____
                                                                                  CHIEF UNITED STATES DISTRICT JUDGE