0

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACO VAN MAANEN,<br><br>        **Plaintiff**,<br><br>v.<br><br>YOUTH WITH A MISSION-BISHOP;<br>YOUTH WITH A MISSION<br>INTERNATIONAL, INC. d/b/a YWAM-<br>OFFICE OF THE FOUNDERS;<br>UNIVERSITY OF THE NATIONS, INC.<br>d/b/a YWAM-UNIVERSITY OF THE<br>NATIONS, and DOES 1-10,<br><br>        **Defendants**. | 1:10-CV-00493 AWI-JLT<br><br>**ORDER CLOSING CASE DUE<br>TO STIPULATION OF<br>DISMISSAL**<br><br>(Doc No. 155) |

      On February 24, 2012, the parties filed a stipulation to dismiss the action with prejudice as to Defendant Youth With a Mission-Ahualani, formerly known as Youth With a Mission, International, Inc. ("YWAM-Ahualani"). See Court's Docket, Doc. No. 155. The stipulation is signed by each party who has appeared in, and is currently a party to, this case.[1]

      Rule 41(a)(1)(A), in relevant part, reads:

    the plaintiff may dismiss an action without a court order by filing:
    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
    (ii) a stipulation of dismissal signed by all parties who have appeared.

Rule 41(a)(1)(A)(ii) thus allows the parties to dismiss an action voluntarily after service of an answer or motion for summary judgment by filing a written stipulation to dismiss signed by all of

---

[1] Defendant Youth With a Mission-Bishop was dismissed from the case by voluntary stipulation on January 19, 2012. The Court entered judgment in favor of Defendant University of the Nations, Inc., on February 14, 2012.

the parties, although an oral stipulation in open court will also suffice. <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d 1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4. Because the parties have filed a properly signed stipulation for dismissal of this case under Rule 41(a)(1)(A)(ii), and YWAM-Ahualani is the sole remaining defendant, this case has terminated.

Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of the filed and properly signed Rule 41(a)(1)(A)(ii) Stipulation of Dismissal.

IT IS SO ORDERED.

Dated:   February 28, 2012                           _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE

2