1  Lori Sharpe Day – 45295 (MO)
   THE ASHCROFT LAW FIRM, LLC
2  1100 Main Street, Suite 2710
   Kansas City, MO 64105
3  Tel:   (816) 285-7600
   Fax:   (816) 222-0401
4
   Kevin V. Ryan – 118321
5  KVR LAW
   88 Kearny Street, 10th Floor
6  San Francisco, CA 94108
   Tel: (415) 518-2024
7
   Timothy J. Halloran – 104498
8  Thomas P. Mazzucco – 139758
   Jonathan M. Blute – 240751
9  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
10 San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
11 Fax:   (415) 393-8087

12 Attorneys for Defendant
   YOUTH WITH A MISSION INTERNATIONAL, INC.
13

FILED
FEB 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACO VAN MAANEN,<br><br>    Plaintiff,<br><br>v.<br><br>YOUTH WITH A MISSION-BISHOP; YOUTH WITH A MISSION INTERNATIONAL, INC. d/b/a YWAM-OFFICE OF THE FOUNDERS; UNIVERSITY OF THE NATIONS, INC. d/b/a YWAM-UNIVERSITY OF THE NATIONS, and DOES 1-10,<br><br>    Defendants. | Case No.: 1:10-CV-00493-AWI-JL<br><br>**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE AGAINST YOUTH WITH A MISSION INTERNATIONAL, INC.**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to the Court's Order Granting Youth With a Mission-Ahualani, formerly known and sued herein as Youth With a Mission International, Inc.'s Motion for the Determination of Good Faith Settlement (Doc. 147), IT IS HEREBY STIPULATED by and between the parties to this action

- 1 -

1 through their designated counsel that the above-captioned action be and hereby is dismissed with
2 prejudice against Defendant Youth With a Mission-Ahualani pursuant to Fed. R. Civ. P.
3 41(a)(1)(A)(ii).

4     The parties further agree that Van Maanen and Youth With a Mission-Ahualani will bear their
5 own fees and costs incurred in connection with Van Maanen's case against Youth With a Mission-
6 Ahualani.

7     The parties further agree that this Stipulation may be signed in counterpart.

8 IT IS SO STIPULATED.

14 [SIGNATURE PAGE FOLLOWS]

Stipulation To Dismissal Of Action With Prejudice Against Youth With A Mission International, Inc.

DATED: 2/6/2012

CREMER SPINA SHAUGHNESSY JANSEN and SIEGERT, LLC

By _____
William J. Cremer
Edmund J. Siegert
Attorneys for Plaintiff
JACO VAN MAANEN

DATED: 02/24/12

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Timothy J. Halloran
Thomas P. Mazzucco
Jonathan M. Blute

THE ASHCROFT LAW FIRM, LLC
   Lori Sharpe Day

KVR LAW
   Kevin Ryan

Attorneys for Defendant
YOUTH WITH A MISSION-AHUALANI

DATED: _____

VARTAIN LAW GROUP

By _____
Michael J. Vartain
Attorneys for Defendant
UNIVERSITY OF THE NATIONS, INC.

JMB.20357647

- 3 -

Stipulation To Dismissal Of Action With Prejudice Against Youth With A Mission International, Inc.

1 | DATED: _____  CREMER SPINA SHAUGHNESSY JANSEN and SIEGERT, LLC

By _____
William J. Cremer
Edmund J. Siegert
Attorneys for Plaintiff
JACO VAN MAANEN

DATED: _____  MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Timothy J. Halloran
Thomas P. Mazzucco
Jonathan M. Blute

THE ASHCROFT LAW FIRM, LLC
Lori Sharpe Day

KVR LAW
Kevin Ryan

Attorneys for Defendant
YOUTH WITH A MISSION-AHUALANI

DATED: 2-23-12  VARTAIN LAW GROUP

By [signature]
Michael J. Vartain
Attorneys for Defendant
UNIVERSITY OF THE NATIONS, INC.

JMB.20357647

It is so Ordered. Dated: 2-26-12

[signature]
United States District Judge

- 3 -

Stipulation To Dismissal Of Action With Prejudice Against Youth With A Mission International, Inc.